[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 19-12074
Non-Argument Calendar

_____

D.C. Docket No. 5:18-cr-00379-AKK-JEO-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

THOMAS WILLIAM FRALIX,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Northern District of Alabama

_____

(January 7, 2020)

Before NEWSOM, BRANCH and FAY, Circuit Judges.

PER CURIAM:

Wilson Green, appointed counsel for Thomas William Fralix in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Fralix's conviction and sentence are **AFFIRMED**.